UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61795-kmm

KARINA MONASTERIO,

        Plaintiff,

vs.

UBER TECHNOLOGIES INC., A
FOREIGN CORPORATION FOR PROFIT;
RASIER (FL), LLC, A FOREIGN
CORPORATION FOR PROFIT; AND
PROGRESSIVE EXPRESS INSURANCE
COMPANY, A FOREIGN CORPORATION
FOR PROFIT.,

        Defendants.
_____/

## PARTIES' NOTICE OF NINETY (90)-DAYS EXPIRATION FOR DEFENDANTS' MOTION TO DISMISS

Plaintiff Karina Monasterio and Defendants Progressive Express Insurance Company ("Progressive"), Uber Technologies, Inc. ("Uber") and Rasier-DC, LLC ("Rasier")(collectively "the parties"), by and through undersigned counsel, respectfully notify the Court pursuant to S.D. Fla. Loc. R. 7.1(b)(4)(A), that Defendants' Motion to Dismiss [DE 1-1, pp. 62-156] has been "pending and fully briefed with no hearing set thereon for a period of ninety (90) days." In support of this notice, the parties state as follows:

(i)    **Motion**: Progressive filed its Motion to Dismiss in the Florida state court on September 22, 2022. [DE 1-1, pp. 62-156]. That Motion was subsequently joined by Defendants Uber and Rasier, post-removal, on September 29, 2022. [DE 8]

(ii) **Response**: Plaintiff's Response to Defendants' Motion to Dismiss, [DE 16], was filed on October 13, 2022;

(iii) **Reply**: Defendants' Joint Reply in Further Support of Progressive's Motion to Dismiss, [DE 20], was filed on October 25, 2022;

(iv) There was no hearing held or scheduled on Defendants' Motion to Dismiss; and

(v) Ninety days from completion of briefing expired on January 23, 2023.

WHEREFORE, as the parties are unable to resolve between themselves the matters addressed in Defendants' Motion to Dismiss (DE 1-1, pp. 62-156; DE 8), the parties respectfully request a ruling from the Court on said Motion.

Dated: March 3, 2023

Respectfully submitted,

*/s/ Javier Basnuevo*
Javier Basnuevo, Esq.
Florida Bar No. 100509
basnuevo@robertspa.com
Florida Bar No. 100509
Roberts & Basnuevo, P.A.
Attorneys for Karina Monasterio
113 Almeria Avenue
Coral Gables, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559

Respectfully submitted,

*/s/ Patrick K. Dahl*
Patrick K. Dahl, Esq.
Florida Bar No. 084109
pdahl@morganakins.com
Florida Bar No. 084109
MORGAN & AKINS, PLLC
Attorneys for Progressive Express Insurance Company
501 E. Las Olas Boulevard
Suite 300
Ft. Lauderdale, FL 33301
Phone: (754) 255-3010
Fax: (215) 600-1303

Respectfully submitted,

*/s/ Veresa Jones Adams*
Veresa Jones Adams, Esq.
Florida Bar No. 0709301
vadams@roiglawyers.com
Florida Bar No. 0709301

ROIG LAWYERS
Attorneys for Uber Technologies, Inc.
and Rasier-DC, LLC
1255 S. Military Trail
Suite 100
Deerfield Beach, FL 33442
Phone: (954) 246-5385
Fax: (954) 462-7798

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 3, 2023, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      /s/ Veresa Jones Adams
    Veresa Jones Adams, Esq.

## **SERVICE LIST**

**Counsel for Karina Monasterio**
Javier Basnuevo, Esq.
Roberts & Basnuevo, P.A.
113 Almeria Avenue
Coral Gables, FL  33134
basnuevo@robertspa.com

Martha D. Fornaris, Esq.
Fornaris Law Firm, P.A.
65 Almeria Avenue
Coral Gables, FL  33134
mfornaris@fornaris.com

**Counsel for Progressive Express Insurance Company**
Patrick K. Dahl, Esq.
Morgan & Akins
501 E. Las Olas Blvd., Suite 300
Fort Lauderdale, FL 33301
pdahl@morganakins.com